UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                               :

OUIDA KING,                          :

                               :      **NOTICE OF APPEARANCE**

               Plaintiff,            :

                               :      08-CV-03143 (DC)

         - against -            :

                               :

COMMISSIONER GLEN GOORDE, et al.,   :

                               :

              Defendants.      :
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned appears in this action as attorney of record on behalf of defendants former Commissioner Glen S. Goord, Commissioner Brian Fischer, Lester Wright, Superintendent Gail S. Thomas, Superintendent Ada Perez, Dr. Jonathan Holder, Dr. Jacqueline Dunbar, and Nurse Barbara Furco. All papers are to be served upon counsel at the address indicated below.

Dated:  New York, New York
         May 14, 2008

                                              ANDREW M. CUOMO
                                             Attorney General of the
                                               State of New York
                                             Attorney for Respondent
                                             120 Broadway
                                             New York, New York 10271

                         By:     /s/ Frederick Wen
                                     FREDERICK H. WEN (FW 7588)
                                     Assistant Attorney General
                                     120 Broadway
                                     New York, New York 10271
                                     (212) 416-6536
                                     Fred.Wen@oag.state.ny.us

## **DECLARATION OF SERVICE**

FREDERICK H. WEN, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows: that on May 14, 2008, he served the annexed Notice of Appearance by having it mailed to counsel for the plaintiff via the United States Postal Service to the following address:

>Cynthia Helen Conti-Cook, Esq.
>Stoll, Glickman & Bellina, LLP
>71 Nevins Street
>Brooklyn, NY 11217

and by having it mailed to counsel for defendant RPA-C Gail Murphy via the United States Postal Service to the following address:

>Jon David Lichtenstein, Esq.
>Gordon & Silber, P.C
>355 Lexington Avenue
>New York, NY 10017

and by having it mailed to counsel for defendant Putnam Hospital Center via the United States Postal Service to the following address:

>Robert D. Ryan, Esq.
>Rende, Ryan & Downes, LLP
>202 Mamaroneck Avenue
>White Plains, NY 10601

>/s/ Frederick Wen
>FREDERICK H. WEN (FW 7588)
>Assistant Attorney General
>120 Broadway
>New York, New York 10271
>(212) 416-6536
>Fred.Wen@oag.state.ny.us

Executed on May 14, 2008