# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2008

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

DIVISION OF STATE COUNSEL
Litigation Bureau

May 28, 2008

**VIA HAND DELIVERY**
Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl St., Room 1020
New York, NY 10007

      Re:    King v. Goorde, et al.
              08-CV-03143 (DC)

Dear Judge Chin:

      Our office represents defendants former Commissioner Glen S. Goord, Commissioner Brian Fischer, Lester Wright, Superintendent Gail S. Thomas, Superintendent Ada Perez, Dr. Jonathan Holder, Dr. Jacqueline Dunbar, and Nurse Barbara Furco, whose deadline to respond to the above-referenced complaint is June 2, 2008. On behalf of these defendants, I respectfully request a sixty-day extension to respond to the complaint until August 1, 2008, to allow for time to receive the medical records and for discussions with my clients. This is my first request for an extension, and counsel for the plaintiff has consented to my request.

      Accordingly, the above defendants respectfully request a sixty-day extension to respond to the complaint as set forth above.

**APPLICATION GRANTED.**
**SO ORDERED**

_/s/ Denny Chin_
Denny Chin, U.S.D.J.   5/29/08

Respectfully submitted,

_/s/ Frederick Wen_
Frederick H. Wen (FW-7588)
Assistant Attorney General
120 Broadway
New York, NY 10271
(212) 416-6536

cc (Via First Class Mail):
    Cynthia Helen Conti-Cook, Esq.
    Stoll, Glickman & Bellina, LLP
    71 Nevins Street
    Brooklyn, NY 11217

Jon David Lichtenstein, Esq.
Gordon & Silber, P.C
355 Lexington Avenue
New York, NY 10017

Robert D. Ryan, Esq.
Rende, Ryan & Downes, LLP
202 Mamaroneck Avenue
White Plains, NY 10601

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-6536 ● Fax (212) 416-6075 * Not For Service of Papers
http://www.oag.state.ny.us