AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern      DISTRICT OF      New York

**APPEARANCE**

Case Number: 1:08-cv-03143

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Gail Murphy, RPA-C

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/3/2008 | _(signature)_ |
| Date | Signature |
| | Eldar Mayouhas     EM5397 |
| | Print Name     Bar Number |
| | Gordon & Silber, PC, 355 Lexington Avenue, 7th Floor |
| | Address |
| | New York     NY     10017 |
| | City     State     Zip Code |
| | (212) 834-0742     (212) 490-0035 |
| | Phone Number     Fax Number |